Douglas Collins #01897185-13-11
Pack One Unit
2400 Wallace Pack Rd.
Navasota, Texas 77868

United States Courts
Southern District of Texas
FILED
AUG 24 2018
David J. Bradley, Clerk of Court

David J. Bradley (Clerk)
United States District Court
P.O. Box 61010
Houston, Texas 77208

