# UNITED STATES DISTRICT COURT

District of _____

United States Courts
Southern District of Texas
FILED
AUG 24 2018
David J. Bradley, Clerk of Court

Plaintiff

V.

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: _____

I, __Douglas Collins #298978__ declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __Wallace Pack Unit Navasota Texas__

   Are you employed at the institution? __No__   Do you receive any payment from the institution? __No__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __I get S.S.I. check.__

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends   ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
   d. Disability or workers compensation payments   ☐ Yes   ☒ No
   e. Gifts or inheritances   ☐ Yes   ☒ No
   f. Any other sources   ☐ Yes   ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount.   None

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.   None

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.   None

I declare under penalty of perjury that the above information is true and correct.

T 8/21/2018
Date

Douglas Collins #298978
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

| | | | | | |
|---|---|---|---|---|---|
| 101,628 MEDICAL CO-PAY OWED: | .00 | LOCATION: DORM B 7 | | UNIT: | P1 |
| FEDERAL COURT FEE OWED: | .00 | NAME: COLLINS, DOUGLAS | | | |
| TEXAS COURT FEE/CHARGE OWED: | .00 | DATE: 04/30/18 | ACCOUNT NUMBER: | | 00298978 |
| INDIGENT SUP. OWED: 100.33 | OTHER HOLD AMOUNT .00 | | BEGINNING BALANCE: | | .00 |

| 04/18 | ITEM/DESCRIPTION | WITHDRAWALS | DEPOSITS | BALANCE |
|---|---|---|---|---|
| 10 | AB 000000 000050 POSTAGE | .00 | | .00 |
| 18 | AB 000000 000050 POSTAGE | .00 | | .00 |
| 19 | AP 1804190905 | | .50 | .50 |
| 19 | AB 000000 000050 POSTAGE | .00 | | .50 |
| 19 | AB 000000 000071 POSTAGE | .00 | | .50 |
| 19 | PP 000050 000000 | .50 | | .00 |
| 24 | AB OC 00 000050 POSTAGE | .00 | | .00 |
| 25 | AB OC 00 000050 POSTAGE | .00 | | .00 |

INMATE TRUST FUND ACCOUNTS ARE DEMAND ACCOUNTS. YOU WILL NOT EARN ANY INTEREST. YOU MAY WANT TO DEPOSIT EXCESS FUNDS IN A SAVINGS INSTITUTION OF YOUR CHOICE.

| | | | | TFSTMT | | | |
|---|---|---|---|---|---|---|---|
| 119,352 MEDICAL CO-PAY OWED: | | | .00 | LOCATION: 12-B-B ROW-1 17 | | UNIT: | 5T |
| FEDERAL COURT FEE OWED: | | | .00 | NAME: COLLINS, DOUGLAS | | | |
| TEXAS COURT FEE/CHARGE OWED: | | | .00 | DATE: 11/30/17 | | ACCOUNT NUMBER: | 00298978 |
| INDIGENT SUP. OWED: | 76.34 | OTHER HOLD AMOUNT | .00 | | BEGINNING BALANCE: | | .00 |

| 11/17 | ITEM/DESCRIPTION | WITHDRAWALS | DEPOSITS | BALANCE |
|---|---|---|---|---|
| 01 | AB 000000 000049 POSTAGE | .00 | | .00 |
| 02 | AB 000000 000049 POSTAGE | .00 | | .00 |
| 10 | AB 000000 000000 POSTAGE | .00 | | .00 |
| 30 | AB 000000 000098 POSTAGE | .00 | | .00 |

INMATE TRUST FUND ACCOUNTS ARE DEMAND ACCOUNTS. YOU WILL NO...

|  | TFSTMT | LOCATION: 12-B-B ROW-1 17 | UNIT: |
|---|---|---|---|
| 119,542 MEDICAL CO-PAY OWED: | .00 | NAME: COLLINS, DOUGLAS | |
| FEDERAL COURT FEE OWED: | .00 | | ACCOUNT |
| TEXAS COURT FEE/CHARGE OWED: | .00 | DATE: 12/29/17 | NUMBER: 00278978 |
| INDIGENT SUP. OWED: 54.62 | OTHER HOLD AMOUNT .00 | BEGINNING BALANCE: | .00 |

| 12/17 | ITEM/DESCRIPTION | WITHDRAWALS | DEPOSITS | BALANCE |
|---|---|---|---|---|
| 01 | AB 000000 000052 POSTAGE | .00 | | .00 |
| 04 | AB 000000 000147 POSTAGE | .00 | | .00 |
| 06 | AB 000000 000049 POSTAGE | .00 | | .00 |
| 07 | AB 000000 000049 POSTAGE | .00 | | .00 |
| 08 | AB 000000 000035 POSTAGE | .00 | | .00 |
| 11 | AB 000000 000098 POSTAGE | .00 | | .00 |
| 15 | AB 000000 000052 POSTAGE | .00 | | .00 |
| 18 | AB 000000 000049 POSTAGE | .00 | | .00 |
| 20 | AB 000000 000049 POSTAGE | .00 | | .00 |
| 21 | AB 000000 000147 POSTAGE | .00 | | .00 |
| 22 | AB 000000 000052 POSTAGE | .00 | | .00 |
| 29 | AB 000000 000049 POSTAGE | .00 | | .00 |

INMATE TRUST FUND ACCOUNTS ARE DEMAND ACCOUNTS. YOU WILL NOT EARN ANY INTEREST. YOU MAY WANT TO DEPOSIT EXCESS FUNDS IN A SAVINGS INSTITUTION OF YOUR CHOICE.

| | | | |
|---|---|---|---|
| 19,060 MEDICAL CO-PAY OWED: .00 | LOCATION: 12-B-B ROW-1 17 | UNIT: | ST |
| FEDERAL COURT FEE OWED: .00 | NAME: COLLINS, DOUGLAS | | |
| TEXAS COURT FEE/CHARGE OWED: .00 | DATE: 01/31/18 | ACCOUNT NUMBER: | 00298978 |
| INDIGENT SUP. OWED: 92.92 OTHER HOLD AMOUNT .00 | BEGINNING BALANCE: | | .00 |

| | ITEM/DESCRIPTION | WITHDRAWALS | DEPOSITS | BALANCE |
|---|---|---|---|---|
| 01/18 | | | | |
| 02 | AB 000000 000049 POSTAGE | .00 | | .00 |
| 03 | AB 000000 000049 POSTAGE | .00 | | .00 |
| 04 | AB 000000 000098 POSTAGE | .00 | | .00 |
| 05 | AB 000000 000072 POSTAGE | .00 | | .00 |
| 06 | AB 000000 000049 POSTAGE | .00 | | .00 |
| 10 | AB 000000 000049 POSTAGE | .00 | | .00 |
| 12 | AB 000000 000049 POSTAGE | .00 | | .00 |
| 16 | AB 000000 000098 POSTAGE | .00 | | .00 |
| 19 | AB 000000 000072 POSTAGE | .00 | | .00 |
| 23 | AB 000000 000049 POSTAGE | .00 | | .00 |
| 24 | AB 000000 000049 POSTAGE | .00 | | .00 |
| 25 | AB 000000 000049 POSTAGE | .00 | | .00 |
| 30 | AB 000000 000049 POSTAGE | .00 | | .00 |
| 31 | AB 000000 000049 POSTAGE | .00 | | .00 |

INMATE TRUST FUND ACCOUNTS ARE DEMAND ACCOUNTS. YOU WILL NOT EARN ANY INTEREST. YOU MAY WANT TO DEPOSIT EXCESS FUNDS IN A SAVINGS INSTITUTION OF YOUR CHOICE

| | | | | |
|---|---|---|---|---|
| 101,472 MEDICAL CO-PAY OWED: | .00 | LOCATION: DORM B 7 01 | UNIT: | P1 |
| FEDERAL COURT FEE OWED: | .00 | NAME: COLLINS, DOUGLAS | | |
| TEXAS COURT FEE/CHARGE OWED: | .00 | DATE: 02/28/18 | ACCOUNT NUMBER: | 00248978 |
| INDIGENT SUP. OWED: 96.58 | OTHER HOLD AMOUNT .00 | | BEGINNING BALANCE: | .00 |

| | ITEM/DESCRIPTION | WITHDRAWALS | DEPOSITS | BALANCE |
|---|---|---|---|---|
| 02/18 | | | | |
| 02 | AB 000000 000072 POSTAGE | .00 | | .00 |
| 05 | AB 000000 000147 POSTAGE | .00 | | .00 |
| 06 | AB 000000 000049 POSTAGE | .00 | | .00 |
| 07 | AB 000000 000049 POSTAGE | .00 | | .00 |
| 08 | AB 000000 000049 POSTAGE | .00 | | .00 |

INMATE TRUST FUND ACCOUNTS ARE DEMAND ACCOUNTS. YOU WILL NOT EARN ANY INTEREST. YOU MAY WANT TO DEPOSIT EXCESS FUNDS IN A SAVINGS INSTITUTION OF YOUR CHOICE.

|  |  |  |  |  |
|---|---|---|---|---|
| CO-PAY OWED: | .00 | LOCATION: DORM B 7 01 | UNIT: | |
| FEDERAL COURT FEE OWED: | .00 | NAME: COLLINS, DOUGLAS | | |
| TEXAS COURT FEE/CHARGE OWED: | .00 | DATE: 03/30/18 | ACCOUNT NUMBER: | 00298978 |
| INDIGENT SUP. OWED: 97.62 | OTHER HOLD AMOUNT .00 | | BEGINNING BALANCE: | .00 |

| 03/18 | ITEM/DESCRIPTION | WITHDRAWALS | DEPOSITS | BALANCE |
|---|---|---|---|---|
| 01 | AB 000000 000052 POSTAGE | .00 | | .00 |
| 15 | AB 000000 000052 POSTAGE | .00 | | .00 |

INMATE TRUST FUND ACCOUNTS ARE DEMAND ACCOUNTS. YOU WILL NOT EARN ANY INTEREST. YOU MAY WANT TO DEPOSIT EXCESS FUNDS IN A SAVINGS INSTITUTION OF YOUR CHOICE.